```
IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

MINISTER GY XIKHAN ELLUVASON  )
CUSH-EL,                      )
                              )
          Plaintiff,          )
                              )
     v.                       )     1:14CV149
                              )
JUDGE MARSHALL BICKETT,       )
                              )
          Defendant.          )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 24, 2014, was served on the parties in this action. Plaintiff filed an objection within the time specified by section 636 (Doc. 6).

The court has reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action be DISMISSED as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

/s/   Thomas D. Schroeder
                                      United States District Judge

April 8, 2014